UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RONALD BALL, | ) |
| Plaintiff, | ) |
| v. | )  1:13-cv-0643-SEB-TAB |
| THE CITY OF MUNCIE AND DENNIS TYLER, | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Ronald Ball, and Defendants, the City of Muncie and Dennis Tyler, by their respective counsel, filed their Stipulation of Dismissal with Prejudice. The Court, having examined the Stipulation of Dismissal executed by Plaintiff and Defendants, by their respective counsel, finds that it should be APPROVED.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** by the Court that all claims and demands for compensation, including attorney fees, asserted by Ronald Ball in the above cause of action against the City of Muncie and Dennis Tyler are dismissed with prejudice. Costs paid.

DATED:  12/31/2014

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

As per L.R. 5.5(d):

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.